FILED
2023 DEC 18 AM 9:50
CLERK
U.S. DISTRICT COURT

Name: Kenneth Michael Paciorek
Address: 407 S 300 E Lehi UT 84043
Telephone: 801 205 8961

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Kenneth Michael Paciorek
(Full Name)
PLAINTIFF

vs.

The Church of Jesus Christ of Latter-Day Saints

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00904
Assigned To : Pead, Dustin B.
Assign. Date : 12/15/2023
Description: Paciorek v.The Church of Jesus Christ of Latter Day Saints

RECEIVED US Dist Court-UT
DEC 15 '23 PM 12:38

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ☑ 42 U.S.C. §1983
   b. ☐ 42 U.S.C. §1985
   c. ☐ Other (Please Specify) _____

2. NAME OF PLAINTIFF Kenneth Michael Paciorek
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: 407 S 300 E
   Lehi UT 84043-9758

3.  NAME OF FIRST DEFENDANT_____
    IS A CITIZEN OF_____
              (City and State)

    IS EMPLOYED AS_____ at _____.
       (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES [ ]   NO [ ]   If your answer is "YES" briefly explain.

    _____
    _____
    _____

4.  NAME OF SECOND DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
              (City and State)

    IS EMPLOYED AS_____ at _____.
       (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES [ ]   NO [ ]   If your answer is "YES" briefly explain.

    _____
    _____
    _____

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
              (City and State)
    IS EMPLOYED AS_____ at _____.
       (Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [ ]   NO [ ]   If your answer is "YES" briefly explain.

_____
_____
_____

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                        (city and State)

   IS EMPLOYED AS _____ at _____
                   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [ ]   NO [ ]   If your answer is "YES" briefly explain.

   _____
   _____
   _____

(Use additional sheets of paper if necessary.)

**B. NATURE OF CASE**

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   Harassment, Harm and Blocking me from Pursuit of Happiness and needs of mine

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: _My First Amendment being infringed_

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
    _Using agenices or corporations and followers to cause pain and Doing fraud_

    b. (1) Count II: _____

    (2) Supporting Facts: _____

    c. (1) Count III: _____

    (2)    Supporting Facts: _____

_____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   yes _____

   _____

   _____

   _____

   _____

   _____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ☐ / NO ☑. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

    e.    When did you file the lawsuit?   _____
                                                Date  Month  Year

    f.    When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES [ ] / NO [✓]. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

Owed ~~Rest~~ Restitution and to be made Public

## **DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _Salt lake city_ on _12-15_ 20_23_
            (Location)        (Date)

_[signature]_
Signature